UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| TRENDX ENTERPRISES, INC., | : | |
| Plaintiff, | : | Civil Action No. 11-2512 (FLW) |
| v. | : | **ORDER** |
| ALL-LUMINUM PRODUCTS, INC. d/b/a RIO BRANDS | : | |
| Defendant. | : | |

This matter having been opened to the Court by Defendant All-luminum Products, Inc., doing business as Rio Brands, a Motion to Dismiss Count I of Plaintiff Trendx Enterprises, Inc.'s Complaint pursuant to Federal Rule of Civil Procedure 12(c); the Court having considered the Motion pursuant to Fed. R. Civ. P. 78; for the reasons stated in the Opinion filed on this date; and for good cause shown;

**IT IS** on this 18th day of April, 2012,

**ORDERED** that Defendant's Motion is **GRANTED**; specifically, it is

**ORDERED** that Count I is **DISMISSED WITHOUT PREJUDICE**.

Dated: April 18, 2012

/s/   Freda L. Wolfson
Honorable Freda L. Wolfson
United States District Judge